# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALANA CRUTCHER-SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for an Enlargement of Time to Meet FRCP 26 Deadlines (Filing No. 24). Specifically, the defendants seek a continuance of the deadline to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f) until after the court's ruling on the defendants' motion to dismiss and/or strike (Filing No. 22). The plaintiff does not oppose the motion. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for an Enlargement of Time to Meet FRCP 26 Deadlines (Filing No. 24) is granted.

2. The parties shall have **twenty (20) calendar days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 22), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 29th day of October, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge