IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALANA CRUTCHER-SANCHEZ, | ) |
| Plaintiff, | ) 8:09CV288 |
| v. | ) |
| COUNTY OF DAKOTA, NEBRASKA, JAMES L. WAGNER, Dakota County Sheriff in his official capacity and personally, and RODNEY HERRON, in his official capacity, and personally, | ) ORDER |
| Defendants. | ) |

This matter is before the court on defendants' motion to dismiss, Filing No. 22, and plaintiff's motion for leave to amend her complaint, Filing No. 39. The court has reviewed the request to amend as well as the briefs in support and in opposition. Filing No. 39, Attachment 1; Filing No. 43.[1] The court finds the motion to amend should be granted.

THEREFORE, IT IS ORDERED:

1. Plaintiff's motion to amend her complaint, Filing No. 39, is granted. Plaintiff shall file her complaint as a separate pleading within 5 days of the date of this order; and

2. Defendants' motion to dismiss, Filing No. 22, is denied as moot.

DATED this 26th day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

[1] Defendant's argue that plaintiff failed to separately file her brief in accordance with the Local Rules and also contend that they cannot determine who is actually representing plaintiff. Plaintiff is advised to make sure she complies with the Local Rules in the future. Only counsel admitted to practice in this jurisdiction or those admitted pro hac vice are authorized to represent the plaintiff in this case. The defendants can easily determine who is representing the plaintiff by looking at the docket sheet in CM/ECF.