## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALANA CRUTCHER-SANCHEZ, | ) | |
| | ) | 8:09CV288 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAKOTA COUNTY, NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On April 2, 2010, the court granted an extension of time for the parties to comply with their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting until twenty days after an order was filed on the defendants' motion to dismiss. See Filing No. 50. On August 6, 2010, the court denied the defendants' motion to dismiss. See Filing No. 68. The defendants have now all filed answers to the Second Amended Complaint. However, no planning report has been filed. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before September 17, 2010, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 8th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge