IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALANA CRUTCHER-SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF DAKOTA, Nebraska; JAMES L. WAGNER, in his official and individual capacity; RODNEY HERRON, in his official and individual capacity; and JOE RAMIREZ, in his official and individual capacity,<br><br>        Defendants. | 8:09CV288<br><br>**ORDER** |

This matter is before the court on remand after an interlocutory appeal to the Eighth Circuit Court of Appeals ("Eighth Circuit"). The mandates have now issued. Filing No. 191 & Filing No. 192. The Eighth Circuit reversed this court's denial of motions for summary judgment filed by defendants James L. Wagner and Joe Ramirez. See Filing No. 190, Opinion. Pursuant to that opinion,

IT IS ORDERED:

    1.    The plaintiff's claims against defendants James L. Wagner and Joe Ramirez are dismissed.

    2.    The stay imposed in Filing No. 185 is lifted.

    3.    This matter is referred to the magistrate judge for further progression.

DATED this 31st day of August 31, 2012

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      United States District Judge