IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALANA CRUTCHER-SANCHEZ,<br>f/k/a Alana Smith,<br><br>          **Plaintiff,**<br><br>   **vs.**<br><br>COUNTY OF DAKOTA, NEBRASKA, and<br>RODNEY HERRON, in his individual<br>capacity,<br><br>          **Defendants.** | **8:09CV288**<br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge on January 30, 2013, by Vincent Valentino, counsel for Defendant County of Dakota, Nebraska,

**IT IS ORDERED that**:

1.      On or before **March 1, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The pretrial conference previously scheduled for April 19, 2013, is cancelled. The trial previously scheduled for June 17, 2013, is cancelled.  The plaintiff's Objections to Magistrate Judge's Order (Filing No. 230) is terminated as moot.

4.      Counsel shall notify the Clerk of the U.S. Supreme Court, Re: Rodney Herron v. Charvette Williams, Docket No. 12-730, of the settlement of this matter.

Dated this 30th day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge