IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALANA CRUTCHER-SANCHEZ,<br>f/k/a ALANA SMITH, | ) ) | |
| | ) | 8:09CV288 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| COUNTY OF DAKOTA, Nebraska,<br>and RODNEY HERRON,<br>in his individual capacity, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon a Joint Stipulation for Dismissal with Prejudice filed by the parties herein.  (Filing No. 239).  The parties advise in their stipulation that a settlement agreement has been reached wherein each party agrees to bear its own costs and attorneys fees incurred in this action.

IT IS THEREFORE ORDERED that all remaining parties and causes of action herein are hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees incurred.

Dated this 14th day of February, 2013.

BY THE COURT:

s/Joseph F. Bataillon
United States District Court Chief Judge

Prepared and submitted by:

Vincent Valentino, #14288
CenterStone
100 N. 12th St., Suite 200
P.O. Box 84640
Lincoln, NE 68501-4640
(402) 742-9240
vv@windstream.net